BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHANDRA LEE CORTEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-00684-CKD<br><br>**ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    Based upon the Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for good cause shown,

    IT IS ORDERED that the above-captioned matter be remanded to Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, for further proceedings in accordance therewith.

Dated:  August 31, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE